REBECCA AMINOFF, Appellant, v. RALPH AMINOFF et al., Respondents.

Submitted February 6, 1956; decided February 16, 1956.

*Joseph J. Lombardo, Francis M. Verrilli* and *Samuel Saline* for motion.

*David W. Kahn* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.